**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **MARTIN PECANHA TEIXEIRA VAZ,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>**Defendant.** | **ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**<br><br>**Case No. 2:25-cv-00860-DAK-JCB**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Jared C. Bennett** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B). On August 5, 2026, Magistrate Judge Bennett issued a Report and Recommendation [ECF No. 20], recommending that Defendant's Motion to Dismiss [ECF No. 3] be granted. The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. Plaintiff timely objected [ECF No. 23].

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation, Plaintiff's objections and the record *de novo* and agrees with Magistrate Bennett's recommendations. Plaintiff seeks recovery from Defendant, the insurer of the driver allegedly responsible for the automobile accident in which Plaintiff was injured. Utah law generally bars a direct action between the injured party and the alleged tortfeasor's insurer. *See Davis Cnty. v. Jensen*, 2003 UT App 444, ¶ 13. Plaintiff has not alleged facts establishing

that any recognized exception to that rule applies here.

Therefore, the court adopts and affirms Magistrate Judge Bennett's Report and Recommendation and grants Defendant's Motion to Dismiss [ECF No.3]. Accordingly, Plaintiff's Supplemental Emergency Evidentiary Declaration, Renewed Rule 65 Motion, and Alternative Request for Leave to Amend and Limited Expedited Discovery [ECF No. 22] is moot. The case is DISMISSED WITH PREJUDICE.

DATED this 25th day of August 2026.

BY THE COURT:

Dale A. Kimball

DALE A. KIMBALL
United States District Judge