**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

**MARTIN PECANHA TEIXEIRA VAZ,**

Plaintiff,

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

Defendant.

**MEMORANDUM DECISION AND ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

**Case No. 2:25-CV-860-DAK**

**Judge Dale A. Kimball**

This matter is before the court on Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 33] pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

Rule 24(a)(1) provides that to appeal *in forma pauperis* "a petitioner must file a motion with the Court which includes an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Plaintiff's motion does not satisfy the requirements of Rule 24(a)(1) and is therefore DENIED without prejudice. Plaintiff shall have 30 days from the date of this order to file a motion with the appropriate information.

DATED this 3rd day of September 2026.

BY THE COURT:

Dale A. Kimball

DALE A. KIMBALL
United States District Judge